# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 2882 Disciplinary Docket No. 3 |
| | : | |
| ARTHUR P. FISCH | : | No. 69 DB 2022 |
| | : | |
| | : | (Supreme Court of New York, Appellate |
| | : | Division: Second Judicial Department, |
| | : | No. 2015-05262) |
| | : | |
| | : | Attorney Registration No. 22170 |
| | : | |
| | : | (Out of State) |

## ORDER

**PER CURIAM**

**AND NOW**, this 28th day of July, 2022, having failed to respond to a Notice and Order directing him to provide reasons against the imposition of reciprocal discipline, Arthur P. Fisch is disbarred from the practice of law in the Commonwealth of Pennsylvania. He shall comply with all provisions of Pa.R.D.E. 217.